Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

October 19, 2022

Rachel S. Fischer
Senior Counsel
d 212.969.5076
f 212.969.2900
rfischer@proskauer.com
www.proskauer.com

**By ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Celeste Stinson v. Morningstar Credit Ratings, LLC*
               Case No. 22-cv-6164 (JLR)

Dear Judge Rochon:

This firm represents Defendant Morningstar Credit Ratings, LLC in the above-referenced matter. Pursuant to Your Honor's Order dated October 7, 2022 (ECF No. 18), the parties' initial conference was rescheduled from January 11 to January 18, 2023. Due to a personal conflict, I am unavailable on January 18, 2023. Accordingly, we respectfully request an adjournment of the conference. We have contacted Plaintiff Celeste Stinson's counsel, Amy Robinson, regarding her availability, and have confirmed that both parties are available at any time on January 23, 25, or 26, 2023. This is the first request for an adjournment of the initial conference. Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/ Rachel S. Fischer

cc:    Amy Robinson, Esq. (*via ECF*)

The request is GRANTED. The conference is adjourned to **February 1, 2023** at 11:00AM.

Dated: October 20, 2022
New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge