

Proskauer Rose LLP  Three First National Plaza  70 West Madison, Suite 3800  Chicago, IL 60602-4342

August 9, 2023

Steven J. Pearlman
Partner
d +1.312.962.3545
f 312.962.3551
spearlman@proskauer.com
www.proskauer.com

**By ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Celeste Stinson v. Morningstar Credit Ratings, LLC*
     Case No. 22-cv-6164 (JLR)

Dear Judge Rochon:

  I am lead counsel for Defendant Morningstar Credit Ratings, LLC in the above-referenced matter. Pursuant to Your Honor's Order dated May 22, 2023 (ECF No. 27), a status conference is presently scheduled for September 13, 2023. Due to an upcoming trial in which I will also be serving as lead counsel, I will be unavailable on that date. Accordingly, Defendant respectfully requests an adjournment of the conference. We have contacted Plaintiff Celeste Stinson's counsel, Amy Robinson, regarding her availability, and have confirmed that both parties are available at any time on October 4 or October 5, 2023, and before 1:00 PM EDT on October 6, 2023. Plaintiff consents to this request. This is the first request for an adjournment of the post-discovery status conference. Thank you for your time and consideration of this matter.

Respectfully submitted,

/s/ Steven J. Pearlman

cc: Amy Robinson, Esq. (*via ECF*)

The request is GRANTED. The September 13, 2023 conference is adjourned to **October 11, 2023 at 2:30PM**.

**SO ORDERED.**

Dated: August 10, 2023
New York, New York

_____
**JENNIFER L. ROCHON**
**United States District Judge**