Proskauer»  Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

October 11, 2024

Rachel S. Fischer
Senior Counsel
d +1.212.969.5076
f 212.969.2900
rfischer@proskauer.com
www.proskauer.com

**By ECF**

Hon. Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

     Re:    *Celeste Stinson v. Morningstar Credit Ratings, LLC*
            Case No. 22-cv-6164 (JLR)

Dear Judge Cave:

This firm represents Defendant Morningstar Credit Ratings, LLC in the above-referenced matter. This morning the Court scheduled a telephonic conference on October 24, 2024. However, October 24 is a Jewish holiday that I observe and am therefore unavailable to attend a conference call on that date. Accordingly, I respectfully request an adjournment of the conference. I have conferred with Plaintiff Celeste Stinson's counsel, Amy Robinson, regarding her availability, and have confirmed that both parties are available for the telephone conference any time on October 28, 29, and 30 as well as any time after 10:30 a.m. on October 31.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Rachel S. Fischer*

cc:    Amy Robinson, Esq. (via ECF)

---

The parties' request at ECF No. 69 is **GRANTED.** The telephone conference currently set for October 24, 2024 at 10:00 a.m. is **ADJOURNED** to **Monday, October 28, 2024 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 69.

SO ORDERED.    October 15, 2024

SARAH L. CAVE
United States Magistrate Judge

---